## STANLEY DABROWSKI *v.* STARCO OF NEW BRITAIN, INC.
### (AC 21625)

Schaller, Dranginis and Flynn, Js.

Submitted on briefs December 13, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

## WILFREDO M. RAMOS *v.* COMMISSIONER OF CORRECTION
### (AC 21012)

Dranginis, Flynn and Daly, Js.

Argued December 13, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed.

## LANTERN PARK CONDOMINIUM ASSOCIATION *v.* MARY R. HUMPHREY ET AL.
### (AC 21485)

Landau, Mihalakos and Dupont, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.